UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| RSD LEASING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NAVISTAR INTERNATIONAL CORP., )<br>)<br>Defendants. ) | Case No. 5:15-cv-205 |

## ENTRY ORDER

Following a hearing on defendant's motion to amend the discovery schedule, the court signed the proposed order. As discussed at the hearing, the court orders:

1. The time for discovery is extended as proposed due to the death of plaintiff's principal and the need to complete discovery related to vehicles purchased by RSD.

2. Both sides agree and the court orders that discovery related to RSD vehicles, including representations and warranties, repair history, and communications between RSD and Navistar is necessary.

3. The court orders the parties to meet and develop a plan for sharing the electronically-stored information produced in discovery through the MDL. The volume of documentation is very great. The court anticipates that both sides will cooperate to develop an inexpensive, pragmatic arrangement through which both sides can search the database for potentially relevant information without repeating the years-long discovery process supervised by the MDL judge.

The parties shall report about progress within 30 days.

Dated at Rutland, in the District of Vermont, this 28th day of April, 2021.

Geoffrey W. Crawford, Chief Judge
United States District Court